*Anthony J. Fernicola* for appellant.

*Lawrence J. Goldbas* and *William R. Goldbas* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK J. FLORA, Appellant.

Submitted October 8, 1953; decided November 19, 1953.

*John P. Lomenzo* and *Erwin N. Witt* for appellant.

*Clarence J. Henry, District Attorney* (*Nicholas P. Varlan* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

HOWLAND H. PELL, JR., as Executor of MARY W. BUEL, Deceased, Appellant, *v.* J. WATSON WEBB, Respondent.

Argued October 15, 1953; decided November 20, 1953.

